DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
REBECCA GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  MJ S 09-230-EFB |
| Plaintiff, ) | STIPULATION AND ORDER TO VACATE COURT TRIAL AND CONTINUE |
| v. ) | Date: January 19, 2010 |
| REBECCA GARCIA, ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Edmund F. Brennan |

    The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, REBECCA GARCIA, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to vacate the court trial set for October 13, 2009 at 10:00 a.m. and set this case for court trial on January 19, 2010 at 10:00 a.m.

///
///
///
///
///
///

STIPULATION AND ORDER                    1

```
Dated: October 8, 2009         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Lauren D. Cusick
                               LAUREN D. CUSICK
                               Assistant Federal Defender

Dated: October 8, 2009         LAWRENCE G. BROWN
                               Acting United States Attorney


                               /s/ Matthew Stegman
                               MATTHEW STEGMAN
                               Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

Dated:   October 8, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                    2