DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
REBECCA GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  MJ S-09-230-EFB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO VACATE |
| | ) | COURT TRIAL AND CONTINUE |
| v. | ) | |
| | ) | Date: January 19, 2010 |
| REBECCA GARCIA, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, REBECCA GARCIA, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to vacate the court trial set for January 19, 2010 at 10:00 a.m. and set this case for court trial on April 20, 2010 at 10:00 a.m.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the defense requires more time to investigate,

///

STIPULATION AND ORDER                    1

1  prepare and possibly negotiate a resolution.

2  Dated: January 15, 2010

3
4                                          Respectfully submitted,

                                           DANIEL J. BRODERICK
5                                          Federal Defender

6                                          /s/ Lauren D. Cusick
                                           LAUREN D. CUSICK
7                                          Assistant Federal Defender

8  Dated: January 15, 2010                 Ben Wagner
                                           Acting United States Attorney
9

10                                         /s/ Matthew Stegman
                                           MATTHEW STEGMAN
11                                         Assistant U.S. Attorney

12
                                    **O R D E R**
13

14 IT IS SO ORDERED.

15
   Dated: January 15, 2010.
16                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28
   STIPULATION AND ORDER                  2