BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Student
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REBECCA GARCIA,<br><br>　　　　　Defendant. | Mag No. 09-230-EFB<br><br>**MOTION TO DISMISS AND ORDER**<br><br>DATE: April 20, 2010<br>TIME: 10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

　　　Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Mag. No. 09-230-EFB, without prejudice.

　　　The defendant is currently on four years of court probation in Yuba County, California, and is enrolled in a batterer's treatment program as a condition of that probation.  If the defendant has additional criminal charges or fails to successfully complete the

///

///

1

1  batterer's treatment program by September 1, 2010, the government
2  will re-file the charges in this case.
3  DATED: February 8, 2010.          BENJAMIN B. WAGNER
                                     United States Attorney
4
5
                                By:  /s/ Matthew C. Stegman
6                                    MATTHEW C. STEGMAN
                                     Assistant United States Attorney
7
8
9                                    O R D E R
10 SO ORDERED.
11 DATED:   February 8, 2010.
12                                   EDMUND F. BRENNAN
13                                   UNITED STATES MAGISTRATE JUDGE

2